UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-22591-CIV-Moore/Garber

TIGERDIRECT, INC., a
Florida corporation, and
SYSTEMAX, INC., also known
as SYSTEMAX COMPUTERS,
INC., a Delaware corporation,

      Plaintiffs,

v.

MANHATTAN ASSOCIATES, INC.,
A Georgia corporation,
      Defendant.
_____/

## **ORDER**

THIS CAUSE is before the Court on defendant's Second Request for Production, plaintiffs' response, and defendant's reply thereto.

The Court has reviewed the record in this cause and has considered the submissions of the parties. Accordingly, it is hereby

ORDERED that the defendant's Second Request for Production is GRANTED as follows:

1. As to Request Number 1 and based upon defendant's withdrawal of the request for documents related to "inventory problems', said Request is GRANTED.

2. As to Request Number 2, same is GRANTED for production of the form customer agreement/licensing agreements used by plaintiff in 2002 and 2003.

3. As to Request Number 3, same is GRANTED. To the extent that the plaintiff asserts a claim of privilege, plaintiff shall file a privilege log generically identifying the

documents and specific claim of privilege.

4. As to Request Number 4, same is GRANTED. To the extent that a claim of privilege is asserted by plaintiff, plaintiff shall file a privilege log genericallyi identifying the documents and specific claims of privilege.

5. As to Requests Number 5 and 6, same are DENIED based upon plaintiff's assertion that it has produced all such requested documents to the defendant.

Plaintiff shall produce to the defendant the above-referenced documents on or before October 20, 2006.

DONE AND ORDERED in Chambers at Miami, Florida this 12th day of October, 2006.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge K. Michael Moore
Counsel of record